

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-18-00131-CR

## IN RE DAVID R. GRIFFITH

---

## Original Proceeding

---

## ORDER ON REHEARING

---

Appellant has filed a Motion for Rehearing.

Having considered the motion, Appellant's motion for rehearing is denied by the

Court.  *See* TEX. R. APP. P. 49.3.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed July 11, 2018
Do not publish

